Michael Dergosits
Dergosits & Noah LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Tel: 415-705-6377
Fax: 415-705-6383
Email: mdergosits@dergnoah.com

Edward W. Goldstein
Goldstein, Faucett & Prebeg, LLP
11177 West Loop South, Suite 400
Houston, TX 77024
Tel: 713-877-1515
Fax: 713-877-1737
Email: egoldstein@gfpiplaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXT INNOVATION, LLC, <br><br> Plaintiff <br><br> v. <br><br> ONSTAR CORPORATION, <br> GARMIN USA, INC. <br><br> Defendants | Case No. C 07 1382 PJH <br><br> **JURY TRIAL DEMANDED** <br><br> PLAINTIFF'S ORIGINAL COMPLAINT |

### PLAINTIFF NEXT INNOVATION, LLC.'S NOTICE OF DISMISSAL AS TO ALL DEFENDANTS AND ORDER

Plaintiff Next Innovation, LLC ("Plaintiff") files this notice of dismissal as to all Defendants under Rule 41(a) of the Federal Rules of Civil Procedure.

1. On March 8, 2007, Plaintiff filed the above-captioned action against the defendants.

2. None of the defendants have filed an answer or a motion for summary judgment.

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. Plaintiff has not dismissed an action against any of the defendants based on or including the same claims as those presented in this suit.

7. This dismissal is without prejudice.

Respectfully submitted,

Dated: May 3, 2007

/s/ Edward W. Goldstein
Edward W. Goldstein
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1737
egoldstein@gfpiplaw.com

Michael Dergosits
Dergosits & Noah LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA  94111
Tel:  415-705-6377
Fax:  415-705-6383
mdergosits@dergnoah.com

Attorneys for Plaintiff

5/7/07

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 3, 2007.  Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein
Edward W. Goldstein